EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

    Juan Antonio Barlucea Cordovés | 2002 TSPR 10

156 DPR _____ |
| --- | --- |

Número del Caso: TS-7249


Fecha: 25/enero/2002


Oficina del Procurador General:
                    Lcda. Cynthia Iglesias Quiñones
                    Procuradora General Auxiliar


Abogado de la Parte Querellada:
                    Lcdo. Ricardo Morales Maldonado


Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

**In re:**

Juan Antonio Barlucea Cordovés          TS-7249

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de enero de 2002.

Vista la *Solicitud de Reinstalación* presentada por Juan Antonio Barlucea Cordovés el 26 de noviembre de 2001 a la luz de nuestra Opinión *Per Curiam* de 15 de octubre de 2001, se autoriza su reinstalación al ejercicio de la abogacía, efectivo al día de hoy.

Notifíquese por escrito y vía telefónica.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Presidente señor Andréu García y el Juez Asociado señor Hernández Denton no intervinieron.

Carmen E. Cruz Rivera
Secretaria del Tribunal Supremo Interina